**Ricky SEABERRY, Plaintiff–Appellant,**

v.

**Richard STALDER; Venetia Michael; Robert Dunn; Orlando Beene, Defendants–Appellees.**

No. 05–30286
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

July 22, 2005.

Before JOLLY, DAVIS, and OWEN, Circuit Judges.

PER CURIAM: *

Ricky Seaberry, Louisiana prisoner # 131369, moves for leave to proceed in forma pauperis ("IFP") on appeal following the district court's denial of IFP and order that he pay the filing fee because he is barred by the three strikes provision of 28 U.S.C. § 1915(g). Seaberry alleges that he faces an imminent threat of serious physical injury because a fellow inmate assaulted him as a result of a prison policy of double-bunking inmates who are on DD/extended lock-down.

the limited circumstances set forth in 5th Cir. R. 47.5.4.

Seaberry fails to meet the showing required to avoid application of the three strikes bar under 28 U.S.C. § 1915(g). *See Banos v. O'Guin*, 144 F.3d 883, 884–85 (5th Cir.1998). His motion to proceed IFP is DENIED. Because the district court properly applied 28 U.S.C. § 1915(g), Seaberry's appeal is without merit and is DISMISSED. *See Howard v. King*, 707 F.2d 215, 219–20 (5th Cir.1983); 5TH CIR. R. 42.2.

IFP MOTION DENIED; APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under